

**FILED**

NOV 14 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In Re  Mary Keehan                     Case No. 08-23220-C-7

_____
                  Debtor.

Roger Bryenton                          Adversary Proceeding No. 13-02211

                       Plaintiff,
vs.  Mary Keehan

                       Defendant.

## MEMORANDUM RE: DEFAULT PAPERS

TO:   Ken R. Whittal-Scherfee

The item(s) indicated below require your attention for us to process your requested relief:

☐ 1.  No *Request for Entry of Default by Plaintiffs*, form EDC 3-726, was submitted.
☐ 2.  No *Entry of Default and Order Re: Default Judgment Procedures*, form EDC 3-727, was submitted.
☐ 3.  No Certificate of Service re: Issuance of Summons was submitted.
☐ 4.  The declaration/affidavit does not set forth the following required facts:

   — The date the summons was issued, or the summons issued date stated in the declaration/affidavit is incorrect;
   — A statement that the court has fixed a deadline for the filing of the answer or motion, or that the 30 or 35 day time limit applies;
   — The date the complaint was served on the defendant, or the date of service of the complaint on the defendant stated in the declaration/affidavit is incorrect;
   — A statement that no answer or motion has been received within the time limit fixed by the court or by Bankruptcy Rule 7012(a);
   — A statement that the defendant is not entitled to the benefits of the Servicemembers Civil Relief Act of 2003 (50 U.S.C. Appendix 501 et seq.); and/or
   — A statement that the defendant is not an infant or incompetent person.

☐ 5.  The Summons and Complaint were not served within 14 days after the Summons was issued.
☒ 6.  The defendant is a debtor and the debtor's attorney was not served. Fed. R. Bankr. P. 7004(g).
☐ 7.  The defendant/debtor was not served at the address shown in their bankruptcy case.
☐ 8.  An Answer or Motion was filed on _____ and the matter must now be set for a hearing before the judge.
☐ 9.  An Order Extending or Reducing the Time for Filing an Answer was filed on _____ and the deadline for filing an Answer is _____. Your pleadings should be resubmitted to the court, if appropriate, upon expiration of the deadline.
☐ 10. Other:

DATED: 11/14/13

By: *Leticia Beltran*
Deputy Clerk

EDC 4-100 (Rev. 10/1/12)

U.S. Bankruptcy Court
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318
(559) 499-5800

17