UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JAN - 8 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re   Mary Kathryn Keehan                         Case No.   08-23220-C-7

                                Debtor.
Roger Bryenton                                      Adversary Proceeding No.   13-02211-C

                                Plaintiff,

vs.   Mary Keehan

                                Defendant.

## MEMORANDUM RE: DEFAULT PAPERS

TO:   Ken R. Whittall-Scherfee

The item(s) indicated below require your attention for us to process your requested relief:

☐ 1. No *Request for Entry of Default by Plaintiffs*, form EDC 3-726, was submitted.
☐ 2. No *Entry of Default and Order Re: Default Judgment Procedures*, form EDC 3-727, was submitted.
☐ 3. No Certificate of Service re: Issuance of Summons was submitted.
☐ 4. The declaration/affidavit does not set forth the following required facts:

  __ The date the summons was issued, or the summons issued date stated in the declaration/affidavit is incorrect;
  __ A statement that the court has fixed a deadline for the filing of the answer or motion, or that the 30 or 35 day time limit applies;
  __ The date the complaint was served on the defendant, or the date of service of the complaint on the defendant stated in the declaration/affidavit is incorrect;
  __ A statement that no answer or motion has been received within the time limit fixed by the court or by Bankruptcy Rule 7012(a);
  __ A statement that the defendant is not entitled to the benefits of the Servicemembers Civil Relief Act of 2003 (50 U.S.C. Appendix 501 et seq.); and/or
  __ A statement that the defendant is not an infant or incompetent person.

☐ 5. The Summons and Complaint were not served within 14 days after the Summons was issued.
☐ 6. The defendant is a debtor and the debtor's attorney was not served. Fed. R. Bankr. P. 7004(g).
☐ 7. The defendant/debtor was not served at the address shown in their bankruptcy case.
☐ 8. An Answer or Motion was filed on _____ and the matter must now be set for a hearing before the judge.
☐ 9. An Order Extending or Reducing the Time for Filing an Answer was filed on _____ and the deadline for filing an Answer is _____. Your pleadings should be resubmitted to the court, if appropriate, upon expiration of the deadline.
☒ 10. Other: Untimely service of Reissued Summons and Amended Complaint made on Debtor/Defendant's Attorney. Reissued Summons issued on 10/7/13, and service was made on 12/4/13.

DATED: 1-8-13                                       By: _____
                                                    Deputy Clerk
EDC 4-100 (Rev. 10/1/12)                            U.S. Bankruptcy Court
                                                    501 I Street, Suite 3-200
                                                    Sacramento, CA 95814-2322
                                                    (916) 930-4400