**2**

Ken Whittall-Scherfee [SBN 137694]
WHITTALL-SCHERFEE LAW OFFICE
3301 Watt Avenue, Suite 600
Sacramento, CA 95821

Telephone: (916) 486-0961
Facsimile:  (916) 486-0962

Attorney for Creditor,
Roger Bryenton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No.: 08-23220-C-7 |
| | Chapter 7 |
| MARY KEEHAN, | D.C. No.:   WS-01 |
| DEBTOR | |
| ROGER BRYENTON, | Adv. Proc. No.: 13-02211-C |
| Plaintiff, | Judge Klein, Dept. C |
| v. | |
| MARY KEEHAN, | **No Hearing Required** |
| Defendant. | |

DECLARATION OF KEN WHITTALL-SCHERFEE
IN SUPPORT OF DEFAULT JUDGMENT

I, Ken Whittall-Scherfee, declare:

1. I am the attorney of record for Roger Bryenton, plaintiff herein.

2. On June 26, 2013, I caused a complaint for fraud, willful and malicious injury by the debtor, and non-dischargeability of debt to be filed against Mary Keehan in this Bankruptcy Court.

3. On September 26, 2013, I caused an amended complaint in this proceeding to be filed and thereafter served.

4. On October 9, 2013, the amended complaint was served on Mary Keehan.

5. On December 4, 2013, the amended complaint and summons were served on the attorney of record for Mary Keehan, who is Ken Baker.

6. No person has filed any response to the complaint or amended complaint.

7. On February 11, 2014, this Court entered Entry of Default and Order Re Default Judgment Procedures against Mary Keehan.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct to the best of knowledge, information, and belief. Executed at Sacramento, California.

Dated: March __10__, 2014    _____
Ken Whittall-Scherfee