Case 13-02211    Filed 03/24/14    Doc 37

```
2
```

Ken Whittall-Scherfee [SBN 137694]
WHITTALL-SCHERFEE LAW OFFICE
3301 Watt Avenue, Suite 600
Sacramento, CA 95821

Telephone: (916) 486-0961
Facsimile:  (916) 486-0962

Attorney for Creditor,
Roger Bryenton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No.: 08-23220-C-7 |
|  | Chapter 7 |
| MARY KEEHAN, | D.C. No.:   WS-01 |
|  |  |
| DEBTOR |  |
| ROGER BRYENTON, | Adv. Proc. No.:  13-02211-C |
| Plaintiff, | Judge Klein, Dept. C |
| v. |  |
| MARY KEEHAN, | **No Hearing Required** |
| Defendant. |  |

## JUDGMENT

The Application and Motion by Roger Bryenton ("Plaintiff") for default judgment filed in this adversary proceeding as Docket Control No. WS-01 has been considered by the Court. No person-in-interest has filed any opposition to the application.

Based upon the pleadings of record, the absence of opposition, and the pleadings filed in support of the application, and good cause appearing therefore,

IT IS ORDERED, adjudged and decreed,

1.  Judgment is entered in favor of Roger Bryenton and against Mary Keehan in the amount of $48,475.

RECEIVED
March 10, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005137166

2. Said judgment is determined to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A), and 11 U.S.C. § 523(a)(4), and 11 U.S.C. § 523(a)(6).

Dated: March 24, 2014

_____
United States Bankruptcy Judge